FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN R. HOLBROOK,<br><br>Defendant. | ) | No. 4:26-MJ-7250-ACE |

Received Rule 5 papers from the United States District Court, District of Idaho, case number 1:26-CR-00269-AKB.