BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATELYN M. FARLEY, IDAHO STATE BAR NO. 8932
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211

U.S. COURTS
OCT 14 2026
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AUSTIN R. HOLBROOK,<br>Defendant. | Case No. CR 26-0269-S AKB<br>**INDICTMENT**<br>18 U.S.C. § 2423(a)<br>18 U.S.C. § 2428 |

The Grand Jury charges:

**<u>COUNT ONE</u>**
**Transportation with Intent to Engage in Criminal Sexual Activity**
**18 U.S.C. § 2423(a)**

On or about between March 13 and March 15, 2024, in the District of Idaho, and elsewhere, the Defendant, AUSTIN R. HOLBROOK, knowingly transported Minor Victim, a minor born in 2011, in interstate commerce, from the state of Idaho to the states of Oregon and Washington, with the intent that Minor Victim engage in sexual activity for which any person can be charged with a criminal offense, to-wit: Oregon Rev. Stat. §163.365 and Wash. Rev. Code § 9A.44.076, in violation of Title 18, United States Code, Section 2423(a).

## CRIMINAL FORFEITURE ALLEGATION

**Criminal Forfeiture**
**18 U.S.C. § 2428**

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, AUSTIN R. HOLBROOK, shall forfeit to the United States his interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   a. An Apple iPhone 11 with serial number GXHG40AJN72T

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

///

///

///

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 14th day October, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

KATELYN M. FARLEY
ASSISTANT UNITED STATES ATTORNEY

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Austin R. Holbrook** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED Public | CASE NUMBER: |
| SERVICE TYPE: Warrant<br>(Summons/ Warrant/ Notice) | CR 26 - 0269 - S AKB |
| ISSUE: Yes | County of Offense: Canyon |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes** Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**
(Petty Offense)

| **STATUTE** (Title and Section(s)) | **COUNT/ FORFEITURE ALLEGATION** | **BRIEF DESCRIPTION** | **PENALTIES** (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 2423(a)** | **ONE** | **Transportation with Intent to Engage in Criminal Sexual Activity** | **Not less than 10 years and up to life imprisonment, not less than 5 years and up to life supervised release, $250,000 fine, $5,100 Special Assessment** |
| **18 U.S.C. § 2428** | **FORFEITURE** | **Criminal Forfeiture** | **Forfeiture of Listed Property** |

Date: October 14, 2026

Assistant U.S. Attorney: Katelyn M. Farley
Telephone No.: (208) 334-1211

U.S. COURTS
OCT 14 2026
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO