# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

AUSTIN R. HOLBROOK

*WARRANT FOR ARREST*

1:26-cr-00269-AKB

**RECEIVED**
**By USMS at 10:13 am, Oct 15, 2026**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **AUSTIN R. HOLBROOK** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 2423(a) TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

UNITED STATES COURTS DISTRICT OF IDAHO

United States Courts
District of Idaho
**ISSUED**
*HaileyStevason*
*on Oct 14, 2026 3:35 pm*

Hailey Stevason, Deputy Clerk

Name and Title of Issuing Officer

October 14, 2026

Date

---

**RETURN**

---

This warrant was received______________and executed with the arrest of the above-name individual at ______________________.

___________________________________________________________________

______________________________
Signature of Arresting Officer

_________________________
Date of Arrest

______________________________
Name & Title of Arresting Officer